UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  24-03092 |
| Roger C Crisman | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

This matter coming to be heard on the motion of Ally Financial for Relief from Stay, IT IS HEREBY ORDERED:

1. Pursuant to the motor vehicle retail installment contract, Debtor shall make monthly payments in the amount of $604.80 directly to Ally Financial, continuing with the March 27, 2025, post-petition payment.

2. In addition to the current monthly contract payment, Debtor must submit to Ally Financial the sum of $321.94 on or before the 27th day of each month beginning March 2025 to and including August 2025, to cure the post-petition default as follows:

| | |
|---|---|
| Post-Petition Arrears | $1,207.60 |
| Filing Fee | $199.00 |
| Attorney Fee | $525.00 |
| Total | $1,931.60 |

*Repayment over six months

3. If Ally Financial does not receive any two payments required under Paragraphs 1 and 2 by the due date, Ally Financial may issue a Notice of the Default stating the amount of the default and giving the Debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the Debtor and the Debtor's lawyer. If the Debtor does not cure the default by 14 days from the filing date of the Notice of Default, then Ally Financial may file a Notice of Termination of the Stay with a certificate of service on the Debtor and the Debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Ally Financial to exercise its in rem rights under non-bankruptcy law in the collateral, one 2016 Ram Ram 1500 Crew Cab Rebel 4WD 5.7L V8, VIN 1C6RR7YT5GS386487, effective on the date it is filed.

4. If Ally Financial does not receive proof of full coverage insurance upon request, then Ally Financial may issue a Notice of the Default stating that the Debtor has 7 days to provide Ally Financial with proof of full coverage insurance on the aforesaid vehicle. The Notice of Default must be filed with the court with a certificate of service on the Debtor and the Debtor's lawyer. If the Debtor does not cure the default by 7 days from the filing date of the Notice of Default, then Ally Financial may file a Notice of Termination of the Stay with a certificate of service on the Debtor and the Debtor's lawyer. The

Notice of Termination terminates the automatic stay to permit Ally Financial to exercise its in rem rights under non-bankruptcy law in the collateral, one 2016 Ram Ram 1500 Crew Cab Rebel 4WD 5.7L V8, VIN 1C6RR7YT5GS386487, effective on the date it is filed.

    5. Attorney's fees in the amount of $525.00 and costs in the amount of $199.00 are allowed.

_/s/___Michelle E. Mandroiu _____     /s/ James M. Philbrick _____
Attorney for Debtor                                  Attorney for Ally Financial,

                                                 Enter:

                                                 Timothy A. Barnes
Dated: March 20, 2025                        United States Bankruptcy Judge

**Prepared by:**

James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P.O. Box 351
Mundelein, IL 60060
Phone: (847) 949-5290
jamesphilbrick@comcast.net